**FILED**

03/31/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0125

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. OP 21-0125

BOB BROWN, DOROTHY BRADLEY, VERNON FINLEY, MAE NAN ELLINGSON, and the LEAGUE OF WOMEN VOTERS OF MONTANA,

        Petitioners,

    v.

GREG GIANFORTE, Governor of Montana,

        Respondent.

## ORDER GRANTING UNOPPOSED MOTION OF MONTANA TRIAL LAWYERS ASSOCIATION AND MONTANA DEFENSE TRIAL LAWYERS FOR LEAVE TO JOINTLY APPEAR AS *AMICI CURIAE*

Upon motion of the Montana Trial Lawyers Association ("MTLA") and Montana Defense Trial Lawyers ("MDTL") for leave to participate as *amici curiae* in the above-captioned matter, and good cause appearing therefore,

IT IS HEREBY ORDERED that MTLA and MDTL's motion is GRANTED. MTLA and MDTL shall file their joint amicus brief on or before the same date that the Respondent's Summary Response is due.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
March 31 2021